UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

Marilyn K. Lee

                                      Plaintiff,

v.                                                          Case No.: 1:17–cv–00218
                                                                      Honorable Milton I. Shadur

Downtown Cleaners, Inc., et al.

                                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, March 29, 2017:

        MINUTE entry before the Honorable Milton I. Shadur:Motion hearing held. Joint motion for approval of settlement agreement [11] is granted. This case is dismissed with prejudice. Each party shall bear its own costs and attorneys' fees except as set forth in the settlement agreement.Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.